1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VALENTI LAW APC
Matt Valenti, Esq. (SBN 253978)
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAUL URIARTE-LIMON,

          Plaintiff,

  vs.

TAQUERIA 2 AMIGOS INC, a
California corporation; HUNTINGTON
ASSET MANAGEMENT LLC, a
California limited liability company;
and DOES 1-10,

         Defendants.

Case No.: 2:23-cv-05248-MAA

JOINT MOTION TO DISMISS
PURSUANT TO F.R.CIV.P. 41
(a)(1)(A)(ii)

JOINT MOTION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II) - 1

1    Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby apply to the court

2  that this action may be dismissed with prejudice as to all parties; each party to

3  bear his/her/its own attorneys' fees and costs. This motion is made as the matter

4  has been resolved to the satisfaction of all parties.

5

6    Respectfully submitted,

7

8  DATED:  October 4, 2023                VALENTI LAW APC

9

10                                    By:  */s/ Matt Valenti*

11                                         Matt Valenti

12                                         Attorney for Plaintiff Raul Uriarte-Limon

13

14

15  DATED:  October 4, 2023                James S. Link

16                                         Counselor & Advocate at Law

17

18                                    By:  */s/ James S. Link*

19                                         James S. Link

20                                         Attorney for Defendants

21                                         Taqueria 2 Amigos Inc. and Huntington Asset Management

22                                         LLC

23

24

25

26

27

28

1

**SIGNATURE ATTESTATION**

2

3   Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories

4   listed, and on whose behalf the filing is submitted, concur in this document's

5   content and have authorized the filing of this document with the use of their

6   electronic signature.

7

8

9    DATED:  October 4, 2023                    VALENTI LAW APC

10

11                                        By:   */s/ Matt Valenti*

12                                              Matt Valenti, Esq.

13                                              Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28