JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>        Plaintiff,<br><br>   vs.<br><br>TAQUERIA 2 AMIGOS INC, a California corporation; HUNTINGTON ASSET MANAGEMENT LLC, a California limited liability company; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:23-cv-05248-RGK-JPR<br><br>[PROPOSED] ORDER   **[21]** |

///

///

///

1  Upon considering the Parties' Joint Motion to Dismiss IT IS HEREBY
2  ORDERED THAT this case is dismissed with prejudice as to all parties, each
3  party to bear his/her/its own attorneys' fees and costs.

5      IT IS SO ORDERED.

7  DATED: 10/5/2023

                              Hon. R. Gary Klausner
                              United States District Court Judge